EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Ángel L. Casiano Ruiz<br>(TS-18,573) | 2017 TSPR 190<br><br>198 DPR ____ |

Número del Caso: AB-2015-338

Fecha:   1 de diciembre de 2017

Abogado del promovido:

        Por derecho propio

Oficina del Procurador General:

        Lcdo. Joseph Feldstein del Valle
        Subprocurador General

Materia:  Conducta Profesional – Censura enérgica y archivo de queja.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ángel L. Casiano Ruiz
     (TS-18,573)

AB-2015-0338

RESOLUCIÓN

En San Juan, Puerto Rico, a 1 de diciembre de 2017.

Examinado el *Informe del Procurador General*, así como las mociones presentadas por la promovente, Sra. Jessica López, y el promovido, Lcdo. Ángel L. Casiano Ruiz, se censura enérgicamente al licenciado Casiano Ruiz por la conducta incurrida y se ordena el archivo de la queja.

Se le apercibe que, en cuanto al uso de las redes sociales, deberá ser más cuidadoso y utilizar un lenguaje más apropiado al referirse a sus clientes.

Además, se exhorta al licenciado Casiano Ruiz a que acoja la recomendación que dispone el Canon 24 de Ética Profesional y reduzca a escrito los contratos de servicios profesionales, 4 LPRA Ap. IX.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo